_____ FILED    _____ ENTERED
_____ LODGED    _____ RECEIVED

JUN 15 2009    RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

**09-CV-00815-DISCL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION

                Plaintiff,

    v.

ERIC LAM A/K/A ERIC CHUEN LAM,
MELANIE SUEN A/K/A MELANIE MA
LAN SUEN A/K/A MA LAN MELANIE
SUEN A/K/A/ MA LAN SUEN, GORDON
LAM, SUPER CONTINENTAL US LLC,
SUPER CONTINENTAL USA LLC, UMGE,
and DOES 1 THROUGH 50, inclusive,

                Defendants.

No.: **C09-0815**RSM

CORPORATE DISCLOSURE
STATEMENT OF MICROSOFT
CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for

Defendant Microsoft Corporation ("Microsoft"), certifies that there is no parent corporation.

Microsoft is a Washington corporation whose stock is traded on the New York Stock

Exchange. No other publicly held company owns 10% or more of Microsoft's stock.

DATED this 15th day of June, 2009.

K&L GATES LLP

By _____
David A. Bateman, WSBA # 14262
925 Fourth Ave., Suite 2900
Seattle, Washington 98104
Tele: (206) 623-7580
Fax: (206) 623-7022
Email: david.bateman@klgates.com

CORPORATE DISCLOSURE
STATEMENT OF MICROSOFT
CORPORATION - 1

K:\2000103\03194\20332_DAB\20332P24A1

**ORIGINAL**

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COVINGTON & BURLING LLP
Simon J. Frankel, *pro hac vice pending*
1 Front St, 35th Floor
San Francisco, CA 94123
Tele: (415) 591-7052
Fax:  (415) 955-6552
Email: sfrankel@cov.com

Attorneys for Plaintiff
MICROSOFT CORPORATION

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022