# United States District Court
# Western District of Washington

| Microsoft Corporation |
|---|
Plaintiff(s)

V.

| Eric Lam, et al. |
|---|
Defendant(s)

Case Number: C09-0815 RSM

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, **Simon J. Frankel** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

| Microsoft Corporation |
|---|

The particular need for my appearance and participation is:

| Representing and advising Microsoft on underlying issues |
|---|

I, **Simon J. Frankel** understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Jun 16, 2009     Signature of Applicant: s/ Simon J. Frankel

dockets.Justia.com

| Pro Hac Vice Attorney Applicant's Name: | Simon J. Frankel |
|---|---|
| Law Firm Name: | Covington & Burling LLP |
| Street Address 1: | One Front Street |
| Address Line 2: | |
| City: | San Francisco |
| State: | California |
| Zip: | 94111 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 415-591-7052 |

## **STATEMENT OF LOCAL COUNSEL**

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant  Simon J. Frankel  is unable to be present upon any date assigned by the court.

Date: Jun 16, 2009      Signature of Local Counsel: s/ David A. Bateman

| Local Counsel's Name: | David A. Bateman |
|---|---|
| Law Firm Name: | K&L Gates LLP |
| Street Address 1: | 925 Fourth Ave., Suite 2900 |
| Address Line 2: | |
| City: | Seattle |
| State: | Washington |
| Zip: | 98104 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 206-623-7580 |