AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Western District of Washington

MICROSOFT CORPORATION, a
Washington Corporation,

                Plaintiff,

v.

ERIC LAM A/K/A ERIC CHUEN LAM,
MELANIE SUEN A/K/A MELANIE MA
LAN SUEN A/K/A MA LAN MELANIE
SUEN A/K/A/ MA LAN SUEN, GORDON
LAM, SUPER CONTINENTAL US LLC,
SUPER CONTINENTAL USA LLC,
UMGE, and DOES 1 THROUGH 50,
inclusive,

                Defendants.

No. C09-0815 RSM

## SUMMONS IN A CIVIL CASE

TO:    Gordon Lam
          #47-12411 Jack Bell Drive
          Richmond, British Columbia, V6X 2S5 Canada

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS

          DAVID A. BATEMAN
          K&L Gates, LLP
          925 Fourth Ave., Suite 2900
          Seattle, WA 98104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**BRUCE RIFKIN**
_____
CLERK

_____
(BY) DEPUTY CLERK

6/5/09
_____
DATE

Error! Unknown document property name.

AO 440 (Rev. 10/2002) Summons in a Civil Case (Reverse)

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) James V. Bennett | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: #47-12411 Jack Bell Drive, Richmond B.C V6X 2S5 Canada

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left _____

☐ Returned unexecuted: _____

☐ _____

Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $ |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 15 June 2009
Date

Signature of Server    208C#5854609

Address of Server

J.V. BENNETT & ASSOCIATES LTD.
Suite 357, #800-15355 24th Avenue
White Rock, B.C.
V4A 2H9

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Megan S. Knight
Notary Public
#103-1656 Martin Drive
Surrey, BC V4A 6E7
Tel: 604 - 531 - 6655