AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Western District of Washington

MICROSOFT CORPORATION, a
Washington Corporation,

                Plaintiff,

v.

ERIC LAM A/K/A ERIC CHUEN LAM,
MELANIE SUEN A/K/A MELANIE MA
LAN SUEN A/K/A MA LAN MELANIE
SUEN A/K/A/ MA LAN SUEN, GORDON
LAM, SUPER CONTINENTAL US LLC,
SUPER CONTINENTAL USA LLC,
UMGE, and DOES 1 THROUGH 50,
inclusive,

                Defendants.

No. C09-0815 RSM

## SUMMONS IN A CIVIL CASE

TO:    Melanie Suen
         a/k/a Melanie Ma Lan Suen
         a/k/a Ma Lan Melanie Suen
         a/k/a Ma Lan Suen
         #47-12411 Jack Bell Drive
         Richmond, British Columbia, V6X 2S5 Canada

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS

        DAVID A. BATEMAN
        K&L Gates, LLP
        925 Fourth Ave., Suite 2900
        Seattle, WA 98104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

BRUCE RIFKIN
CLERK
*(signature)*
(BY) DEPUTY CLERK

6/15/09
DATE

Error! Unknown document property name.

AO 440 (Rev. 10/2002) Summons in a Civil Case (Reverse)

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 15 JUNE 2009 |
| NAME OF SERVER (PRINT) James V. Bennett | TITLE | C.E.O/ GEN. MAN. |
| Check one box below to indicate appropriate method of service | | |

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left ___Gordon Lam___
AT #47- 12411 Jack Bell Drive
Richmond B.C Canada V6X 3S5

☐ Returned unexecuted: _____

☐ 

Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $ |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 15 JUNE 2009          Signature of Server   BCDC#5854609
            Date

Address of Server

J.V. BENNETT & ASSOCIATES LTD.
Suite 357, #800-15355 24th Avenue
White Rock, B.C.
V4A 2H9

---
[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Megan S. Knight
Notary Public
#103-1656 Martin Drive
Surrey, BC V4A 6E7
Tel: 604 - 531 - 6655