```
                                                    ____FILED    ____ENTERED
                                                    ____LODGED   ____RECEIVED

                                                        JUN 30 2009    DJ
09-CV-00815-AF                                              AT SEATTLE
                                                     CLERK U.S. DISTRICT COURT
                                                    WESTERN DISTRICT OF WASHINGTON
                                                                        DEPUTY
```

IN THE
UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **MICROSOFT CORPORATION, A WASHINGTON CORPORATION**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**ERIC LAM A/K/A ERIC CHUEN LAM, ET AL.**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **C09-0815 RSM**<br><br>DECLARATION OF SERVICE OF:<br>**SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; CORPORATE DISCLOSURE STATEMENT OF MICROSOFT CORPORATION** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **16th day of June, 2009, at 1:30 PM**, at the address of **501 SILVERSIDE Road SUITE 105, WILMINGTON, New Castle** County, **DE 19809**; this declarant served the above described documents upon **SUPER CONTINENTAL USA LLC**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Roxanne Ganster, REGISTERED AGENT, White, Female, Age 50, 5'6", 139 lbs, brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

Service Fee Total: $

DATED this **20th day of June, 2009**.

_Richard Torpey_, Reg. # None in DE, New Castle, DE

FOR: **K&L GATES -Microsoft PFI**      ORIGINAL PROOF OF     Tracking #: **8066552** SEA FIL
REF: **2000103.03194**                 SERVICE