**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ERIC LAM A/K/A ERIC CHUEN LAM, MELANIE SUEN A/K/A MELANIE MA LAN SUEN A/K/A MA LAN MELANIE SUEN A/K/A MA LAN SUEN, GORDON LAM, SUPER CONTINENTAL US LLC, SUPER CONTINENTAL USA LLC, UMGE, and DOES 1 THROUGH 50, inclusive<br><br>Defendants. | NO. C09-0815 RSM<br><br>**NOTICE OF APPEARANCE** |

Please take notice that defendants Eric Lam, Melanie Suen, Gordon Lam, SUPER CONTINENTAL US LLC, SUPER CONTINENTAL USA LLC, and UMGE, without waiving objections as to lack of or improper service, service of process, venue, or jurisdiction, enter an appearance in this action by and through the undersigned attorneys. Please serve all further papers, notices, and correspondence relating to this matter, except original process, on the attorneys referenced below at the address as stated.

DATED this 10th day of July, 2009.

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

By: _____
Derek Linke, WSBA No. 38314
Derek A. Newman, WSBA No. 26967
505 Fifth Avenue South, Suite 610
Seattle, Washington 98104

Attorneys for Defendants

NOTICE OF APPEARANCE FOR
DEFENDANTS [C09-0815 RSM] - 1

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800