The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ERIC LAM A/K/A ERIC CHUEN LAM, MELANIE SUEN A/K/A MELANIE MA LAN SUEN A/K/A MA LAN MELANIE SUEN A/K/A MA LAN SUEN, GORDON LAM, SUPER CONTINENTAL US LLC, SUPER CONTINENTAL USA LLC, UMGE, and DOES 1 THROUGH 50, inclusive<br><br>Defendants. | NO. C09-0815 RSM<br><br>**ACCEPTANCE OF SERVICE** |

Please take notice that Derek Linke of Newman & Newman, Attorneys at Law, LLP, attorney for Eric Lam has been authorized to accept service on behalf of Eric Lam and does hereby acknowledge service of the Summons and the Complaint for Injunctive Relief and Damages in the above-entitled action for and on behalf of the above-named party with like effect as personal service upon said party.

DATED this 29th day of July, 2009.

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

By: _____
Derek Linke, WSBA No. 38314
Derek A. Newman, WSBA No. 26967
505 Fifth Avenue South, Suite 610
Seattle, Washington 98104

Attorneys for Defendants

ACCEPTANCE OF SERVICE
[C09-0815 RSM] - 1

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

Dockets.Justia.com