The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>    v.<br><br>ERIC LAM A/K/A ERIC CHUEN LAM, MELANIE SUEN A/K/A MELANIE MA LAN SUEN A/K/A MA LAN MELANIE SUEN A/K/A/ MA LAN SUEN, GORDON LAM, SUPER CONTINENTAL US LLC, SUPER CONTINENTAL USA LLC, UMGE, and DOES 1 THROUGH 50, inclusive,<br><br>                    Defendants. | No. C09-0815 RSM<br><br>STIPULATION FOR PROTECTIVE ORDER |

       Plaintiff Microsoft Corporation ("Microsoft") and Eric Lam, Melanie Suen, Gordon Lam, Super Continental US LLC, Super Continental USA LLC and UMG (collectively, the "Lam Defendants"), respectfully move for, and stipulate to, entry of the attached Protective Order Regarding Handling of Trade Secrets and Confidential Material.

       STIPULATED AND REQUESTED this 10th day of November, 2009.

| | |
|---|---|
| K&L GATES LLP | NEWMAN & NEWMAN,<br>ATTORNEYS AT LAW, LLP |
| By   /s/ David A. Bateman<br>    David A. Bateman, WSBA #14262<br>Attorneys for Plaintiff<br>Microsoft Corporation<br>925 Fourth Ave., Suite 2900<br>Seattle, Washington 98104<br>Tele: (206) 623-7580<br>Fax:  (206) 370-6013<br>Email: david.bateman@klgates.com | By   /s/ Derek Linke<br>    Derek Linke, WSBA #38314<br>Attorneys for Defendants<br>Eric Lam, Melanie Suen, Gordon Lam,<br>Super Continental US LLC,<br>Super Continental USA LLC, and UMGE<br>505 Fifth Avenue South, Suite 610<br>Seattle, Washington 98104<br>Tele: (206) 274-2800<br>Fax:  (206) 274-2801<br>Email: linke@newmanlaw.com |

STIPULATION FOR PROTECTIVE ORDER - 1
No. C09-0815 RSM

K:\2000103\03194\20332_DAB\20332P24DW

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022