The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>ERIC LAM A/K/A ERIC CHUEN LAM,<br>MELANIE SUEN A/K/A MELANIE MA<br>LAN SUEN A/K/A MA LAN MELANIE<br>SUEN A/K/A/ MA LAN SUEN, GORDON<br>LAM, SUPER CONTINENTAL US LLC,<br>SUPER CONTINENTAL USA LLC, UMGE,<br>and DOES 1 THROUGH 50, inclusive,<br><br>                Defendants. | No. C09-0815 RSM<br><br>STIPULATION AND REQUEST TO<br>ENTER PERMANENT INJUNCTION<br>AGAINST DEFENDANTS AND TO<br>DISMISS CASE |

Plaintiff Microsoft Corporation ("Microsoft") and defendants Eric Lam, Melanie

Suen, Gordon Lam, Super Continental US LLC, Super Continental USA LLC and UMG

(collectively, the "Lam Defendants") have entered into a binding settlement agreement

resolving all claims in this action.  Microsoft and the Lam Defendants hereby stipulate and

request that:

      (1)     a permanent injunction be issued against the Lam Defendants in the form

      attached hereto; and

STIPULATION AND REQUEST TO ENTER
PERMANENT INJUNCTION AGAINST
DEFENDANTS AND TO DISMISS CASE - 1
No. C09-0815 RSM

K:\2000103\03194\20332_DAB\20332P24DA

K&L GATES  LLP<br>925 FOURTH AVENUE<br>SUITE 2900<br>SEATTLE, WASHINGTON  98104-1158<br>TELEPHONE: (206) 623-7580<br>FACSIMILE: (206) 623-7022

1     (2)    any and all claims asserted in this action by plaintiff Microsoft against the Lam

2  Defendants be dismissed with prejudice, and all remaining claims be dismissed

3  without prejudice, each party to bear its own costs and attorneys' fees.

4     Microsoft and the Lam Defendants submit herewith proposed forms for orders

5  entering permanent injunction and dismissal.

6     STIPULATED AND REQUESTED this _____ day of February, 2010.

7

8  K&L GATES LLP              NEWMAN & NEWMAN,
                            ATTORNEYS AT LAW, LLP

9

10  By_____     By_____
     David A. Bateman, WSBA #14262    Derek Linke, WSBA #38314

11  Attorneys for Plaintiff          Attorneys for Defendants
  Microsoft Corporation           Eric Lam, Melanie Suen, Gordon Lam,

12  925 Fourth Ave., Suite 2900      Super Continental US LLC,
  Seattle, Washington 98104       Super Continental USA LLC, and UMGE

13  Tele: (206) 623-7580           505 Fifth Avenue South, Suite 610
  Fax:  (206) 370-6013           Seattle, Washington 98104

14  Email: david.bateman@klgates.com  Tele: (206) 274-2800
                            Fax:  (206) 274-2801

15                            Email: linke@newmanlaw.com

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND REQUEST TO ENTER
PERMANENT INJUNCTION AGAINST
DEFENDANTS AND TO DISMISS CASE - 2
No. C09-0815 RSM

K:\2000103\03194\20332_DAB\20332P24DA

K&L GATES  LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022