The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                      Plaintiff,<br><br>    v.<br><br>ERIC LAM A/K/A ERIC CHUEN LAM, MELANIE SUEN A/K/A MELANIE MA LAN SUEN A/K/A MA LAN MELANIE SUEN A/K/A/ MA LAN SUEN, GORDON LAM, SUPER CONTINENTAL US LLC, SUPER CONTINENTAL USA LLC, UMGE, and DOES 1 THROUGH 50, inclusive,<br><br>                      Defendants. | No. C09-0815 RSM<br><br>PERMANENT INJUNCTION AGAINST DEFENDANTS |

Pursuant to Federal Rule of Civil Procedure 65(d), defendants Eric Lam, Melanie Suen, Gordon Lam, Super Continental US LLC, Super Continental USA LLC, and UMGE (collectively referred to as "Defendants"), its and their affiliated individuals, companies, or entities, as well as its officers, contractors, directors, shareholders, employees, subsidiary companies or entities, affiliated or related companies and entities, assignees, and successors-in-interest, and those in active concert or participation with them, are permanently enjoined from:

        (a)    registering for, participating in, accessing, connecting to, sending communications to or through, or otherwise using any of Microsoft's services,

PERMANENT INJUNCTION AGAINST
DEFENDANTS - 1
No. C09-0815 RSM

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

including but not limited to Microsoft's adCenter platform, in a manner that violates any of the Microsoft Service Agreement, Terms of Use or any other terms applicable to Microsoft services, development tools, software or applications;

(b) engaging in any conduct generating or resulting in "clicks" on any adCenter ads, or any other ads that appear on the network of Internet advertising channels operated by Microsoft and Microsoft's network of participating Web sites and other distribution outlets, including Microsoft Advertising and the Microsoft Media Network (collectively, the "Microsoft Network");

(c) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (b) above.

DATED this 24 day of May 2010

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

K&L GATES LLP                                              NEWMAN & NEWMAN,
                                                           ATTORNEYS AT LAW, LLP

By  /s/ David A. Bateman                                   By  /s/ Derek Linke
    David A. Bateman, WSBA #14262                              Derek Linke, WSBA #38314
Attorneys for Plaintiff                                    Attorneys for Defendants
Microsoft Corporation                                      Eric Lam, Melanie Suen, Gordon Lam,
925 Fourth Ave., Suite 2900                                Super Continental US LLC,
Seattle, Washington 98104                                  Super Continental USA LLC, and UMGE
Tele: (206) 623-7580                                       505 Fifth Avenue South, Suite 610
Fax:  (206) 370-6013                                       Seattle, Washington 98104
Email: david.bateman@klgates.com                           Tele: (206) 274-2800
                                                           Fax:  (206) 274-2801
                                                           Email: linke@newmanlaw.com

PERMANENT INJUNCTION AGAINST
DEFENDANTS - 2
No. C09-0815 RSM

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022